**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**WHEELING DIVISION**

ELECTRONICALLY
FILED
Aug 06 2019
U.S. DISTRICT COURT
Northern District of WV

**OHIO VALLEY ENVIRONMENTAL**
**COALITION, and THE SIERRA CLUB,**

**Plaintiffs,**

**v.**                                                         **Civil Action No.** __5:19-CV-236__ (Bailey)

**EAGLE NATRIUM LLC,**

**Defendant.**

## COMPLAINT

1.      This is a citizen suit under Section 505 of the Clean Water Act (CWA), 33

U.S.C. § 1365.  Plaintiffs seek a declaratory judgment, injunctive relief, civil penalties, and the

award of costs, including attorneys' and expert witness' fees, for Defendant's violations of the

conditions and limitations in its National Pollution Discharge Elimination System (NPDES)

Permit No. WV0004359 under the CWA at its Natrium, West Virginia plant.

### Jurisdiction and Venue

2.      This Court has subject matter jurisdiction under Section 505(a) of the CWA, 33

U.S.C. § 1365(a).

3.      On June 4, 2019, Plaintiffs gave notice of the violations and their intent to file

suit to the Administrator of the U.S. Environmental Protection Agency (EPA), to the Regional

Administrator of EPA's Region 3 Office, to the West Virginia Department of Environmental

Protection (WVDEP), and to Defendant, as required by Section 505(b)(1)(A) of the CWA, 33

U.S.C. § 1365(b)(1)(A).

4.      More than 60 days have passed since notice was served and neither the State of

West Virginia nor EPA has commenced or is diligently prosecuting a civil or criminal action to

redress the violations alleged in this Complaint, which have occurred from April 2014 to the present.

5.      In 2009, WVDEP filed a civil action against Eagle's predecessor, PPG Industries, Inc., in West Virginia Circuit Court in Marshall County for violations of NPDES Permit No. WV0004359.  The court entered a consent order in that action in 2010, but by its terms that order only resolved claims for violations that occurred up to October 31, 2009.  Consent Order, ¶ III.E. The court amended that consent order in 2013, but by its terms that order only resolved claims for violations that occurred through May 6, 2013.  First Amendment to Consent Order, ¶¶ K, 22.

6.      Neither the State of West Virginia nor EPA commenced an administrative civil penalty action under Section 309(g)(6) of the Act, 33 U.S.C. § 1319(g)(6), or a comparable state law, to redress the violations prior to the issuance of the June 4, 2019 notice letter.

7.      WVDEP issued an administrative consent order against Eagle on October 15, 2015 that purported to impose interim limits on mercury in discharges from Outlet 009, but those limits did not modify Eagle's NPDES Permit No. WV0004359 and are not binding on Plaintiffs because WVDEP did not follow the required procedures for modifying an NPDES permit.

8.       Venue is appropriate in this District pursuant to Section 505(c)(1) of the CWA, 33 U.S.C. § 1365(c)(1), because the source of the violations is located within this District in Marshall County, West Virginia.

<strong>Parties</strong>

9.       Defendant Eagle Natrium LLC (Eagle) is a Delaware corporation with its principal place of business in Natrium, West Virginia.

10.      Plaintiff Ohio Valley Environmental Coalition is a nonprofit organization incorporated in Ohio.  Its principal place of business is in Huntington, West Virginia.  It has

approximately 400 members. Its mission is to organize and maintain a diverse grassroots organization dedicated to the improvement and preservation of the environment through education, grassroots organizing, coalition building, leadership development, and media outreach. The Coalition has focused on water quality issues and is a leading source of information about water pollution in West Virginia.

11. Plaintiff Sierra Club is a nonprofit corporation incorporated in California, with more than 768,000 members and supporters nationwide including approximately 2,600 members who reside in West Virginia and belong to its West Virginia Chapter. The Sierra Club is dedicated to exploring, enjoying, and protecting wild places of the Earth; to practicing and promoting the responsible use of Earth's resources and ecosystems; to educating and enlisting humanity to protect and restore the quality of the natural and human environment; and to using all lawful means to carry out these objectives. The Sierra Club's concerns encompass the exploration, enjoyment and protection of surface water in West Virginia.

12. Plaintiffs have members, including Jim Harrigan, who use, enjoy, and benefit from the water quality in the Ohio River downstream from those streams. They would like to recreate in areas downstream from the portion of the river into which Eagle's Natrium plant discharges pollutants harmful to aquatic life, including BHC and mercury. Excessive amounts of these pollutants degrade the water quality of the Ohio River, make the water aesthetically unpleasant and environmentally undesirable and impair its suitability for aquatic life. Because of this pollution, Plaintiffs' members refrain from and/or restrict their usage of these water bodies and associated natural resources. As a result, the environmental, health, aesthetic, and recreational interests of these members are adversely affected by Eagle's excessive discharges of these pollutants from its Natrium plant in violation of its NPDES permit. If Eagle's unlawful

3

discharges ceased, the harm to the interests of Plaintiffs' members could be redressed. Injunctions and/or civil penalties would redress Plaintiffs' members' injuries by preventing and/or deterring future violations of the limits in Eagle's permit.

**Facts**

13.     Eagle owns and operates a chlor-alkali plant in Natrium, West Virginia (the Natrium Plant) that produces chlorine, caustic, brine, calcium hypochlorite, and hydrochloric acid.  One of the Natrium Plant's production lines uses mercury cells to produce caustic.  In December 2017, the production rate from the mercury cells was 11,056,288 pounds per month. The Natrium Plant is the only remaining chlor-alkali plant in the United States that uses mercury cells; the other chlor-alkali plants have all converted to production methods that do not use mercury.

14.     The Administrator of EPA authorized WVDEP, pursuant to Section 402(a)(2) of the Act, 33 U.S.C. § 1342(a)(2), to issue NPDES permits on May 10, 1982.  47 Fed. Reg. 22363. The applicable West Virginia law for issuing NPDES permits is the Water Pollution Control Act (WPCA), W.V. Code § 22-11-1, et seq.

15.     Pursuant to this delegation and the WPCA, WVDEP issued NPDES permit number WV0004359 to Eagle's predecessor, PPG Industries, Inc., on January 11, 2010, to be effective from February 10, 2010 through January 10, 2014.  Eagle purchased the Natrium plant from PPG Industries, Inc. in January 2013.  The 2010 permit authorized Eagle to discharge limited quantities of pollutants from multiple outlets at its Natrium Plant to the Ohio River. Eagle submitted an application to WVDEP to renew the 2010 permit on July 11, 2013.  As a result, WVDEP has administratively extended the 2010 permit and it is still in effect.

16.     Effective October 16, 2013, the 2010 NPDES permit imposed water-quality based limits for discharges of mercury at Outlet 009, which is the outfall that discharges process water from the mercury cell production line.  The monthly average limit is 0.0088 micrograms per liter (µg/l) and the daily maximum limit is 0.0208 micrograms per liter.  These limits are equivalent to 8.8 and 20.8 parts per trillion (ppt), respectively.

17.     Eagle has discharged mercury from Outlet 009 that in amounts that exceeded its monthly average permit limit for mercury of 8.8 ppt in every month since April 2014, as shown by the chart below:



18.     Eagle has discharged mercury from Outlet 009 in amounts that exceeded its daily maximum permit limit for mercury of 20.8 ppt in all but one month since April 2014, as shown by the chart below:



19.    Since April 2014, Eagle has also reported exceeding its permit limits for other parameters, including alpha-BHC and beta-BHC, as listed in Appendix A.

20.    BHC (also known as benzene hexachloride or hexachlorocyclohexane) and mercury are bioaccumulative chemicals of concern which can produce adverse and long-lasting environmental harm.  60 Fed. Reg. 15393 (Mar. 23, 1995).

21.    Based on river mercury levels, a multi-state, multi-agency workgroup has issued a fish consumption advisory of one meal per month for two types of sport fish (freshwater drum and sauger) that are caught recreationally in the Ohio River from Montgomery Locks and Dam to Belleville Locks and Dam.  See http://216.68.102.178/comm/fishconsumption/default.asp. That river segment includes outlets from the Natrium Plant.

**Claim**

22.    Section 301(a) of the Act, 33 U.S.C. § 1311(a), prohibits the discharge of pollutants from a point source into navigable waters of the United States, unless the discharge complies with various enumerated sections of the Act.  Among other things, Section 301(a) prohibits such discharges not authorized by, or in violation of the terms of, an NPDES permit

issued pursuant to Section 402 of the Act, 33 U.S.C. § 1342.

23.     Section 308 of the Act, 33 U.S.C. § 1318, requires NPDES permittees to establish

and maintain records; install, use and maintain monitoring equipment; sample effluents; and

report on a regular basis to the permit-issuing agency regarding the facility's discharge of

pollutants.  The reports include Discharge Monitoring Reports (DMRs).

24.     Section 505(a) of the Act, 33 U.S.C. § 1365, authorizes citizens to bring suit for

violation of any "effluent standard or limitation" under the Act.  Section 505(f)(6) of the Act, 33

U.S.C. § 1365(f)(6), defines "effluent standard or limitation" to include "a permit or condition

thereof," including the effluent limitations and monitoring requirements of an NPDES permit.

25.     Since at least April 2014, Eagle's Natrium Plant has discharged pollutants from

its operations or other sources through a point source or sources into the Ohio River pursuant to

NPDES permit No. WV0004359.

26.     The Ohio River is a navigable water of the United States.

27.     Eagle's NPDES permit No. WV0004359 imposes certain limits on pollutants in

discharges from its Natrium Plant.  In its DMRs submitted since at least April 2014, Eagle has

reported the presence, quantity, and concentration of certain pollutants in its wastewater.

28.     The quantities and concentrations reported in Eagle's DMRs as set forth in

Appendix A are not within the limits of Eagle's NPDES permit No. WV0004359 and are

violations of that permit.

29.     Eagle's violations of its NPDES permit No. WV0004359 are continuing or

intermittent.  Eagle has violated its permit limits for BHC and mercury repeatedly in 2019.

30.     Eagle is subject to an injunction ordering Eagle to cease its permit violations.

31.     Eagle is subject to assessment of civil penalties for its permit violations pursuant

to Sections 309(d) and 505 of the Act, 33 U.S.C. §§ 1319(d) and 1365.

32.     For the purpose of assessing the maximum penalty for which Eagle may be liable, each instance of Eagle's violation of its NPDES permit constitutes a separate violation of Section 301(a) pursuant to Section 309(d), 33 U.S.C. § 1319(d), for each day on which it has occurred or will occur after the filing of this complaint.

33.     Eagle's violations of its NPDES permit No. WV0004359 and the CWA have been numerous and repeated.  Over the period of time covered by Appendix A, Eagle has violated the terms and conditions of its permit over 200 times.  Because of this extensive history of violations of the terms and conditions of its NPDES permit, Plaintiffs believe and allege that, without the imposition of appropriate civil penalties and issuance of an injunction, Eagle will continue to violate its NPDES permit No. WV0004359.

**Relief Requested**

Wherefore, Plaintiffs respectfully request this Court to grant the following relief:

A.  Declare Eagle to have violated and to be in violation of the Act, 33 U.S.C. §§ 1311 and 1342;

B.  Enjoin Eagle from operating its Natrium Plant in such a manner as will result in the further violation of Eagle's NPDES permit;

C.  Order Eagle to comply immediately with the terms and conditions of its NPDES permit;

D.  Order Eagle to pay appropriate civil penalties for each day of each violation of its NPDES permit pursuant to Sections 309(d) and 505(a) of the Act, 33 U.S.C. §§ 1319(d) and 1365(a), including those listed in Appendix A and violations committed subsequent to those listed in Appendix A;

E.  Order Eagle to conduct monitoring and sampling to determine the environmental effects of its violations, to remedy and repair environmental contamination and/or degradation caused by its violations, and to restore the environment to its prior uncontaminated condition;

F.  Award Plaintiffs their costs (including reasonable attorney and expert witness fees) as authorized by Section 505(d) of the Act, 33 U.S.C. § 1365(d); and

G.  Grant such other relief as this Court deems appropriate.

Respectfully submitted,

**/s/ J. Michael Becher**
J. MICHAEL BECHER (W.Va. Bar No. 10588)
DEREK TEANEY (W.Va. Bar No. 10223)
Appalachian Mountain Advocates
P.O. Box 507
Lewisburg, WV 24901
(304) 382-4798

Counsel for Plaintiffs

**Appendix A**
**List of Violations**

|  | Month | Out-let | Parameter | Limit | Units | Type | Report-ed | Units | % Exceed-ance |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 4/30/2014 | 4 | Copper, total recoverable | 0.0204 | mg/L | MAX | 0.049 | mg/L | 140 |
| 2 | 4/30/2014 | 4 | Copper, total recoverable | 0.0088 | mg/L | AVG | 0.049 | mg/L | 457 |
| 3 | 4/30/2014 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.084 | ug/L | 304 |
| 4 | 4/30/2014 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.068 | ug/L | 673 |
| 5 | 4/30/2014 | 12 | .alpha.-BHC | 0.0053 | ug/L | MAX | 5.15 | ug/L | 97070 |
| 6 | 4/30/2014 | 12 | .alpha.-BHC | 0.0026 | ug/L | AVG | 5.15 | ug/L | 197977 |
| 7 | 4/30/2014 | 12 | .beta.-BHC | 0.0091 | ug/L | AVG | 0.81 | ug/L | 8801 |
| 8 | 4/30/2014 | 12 | .beta.-BHC | 0.013 | ug/L | MAX | 0.81 | ug/L | 6131 |
| 9 | 4/30/2014 | 12 | .gamma.-BHC | 0.033 | ug/L | MAX | 0.92 | ug/L | 2688 |
| 10 | 4/30/2014 | 12 | .gamma.-BHC | 0.019 | ug/L | AVG | 0.92 | ug/L | 4742 |
| 11 | 5/31/2014 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.083 | ug/L | 299 |
| 12 | 5/31/2014 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.055 | ug/L | 525 |
| 13 | 5/31/2014 | 12 | .alpha.-BHC | 0.0026 | ug/L | AVG | 0.00717 | ug/L | 176 |
| 14 | 5/31/2014 | 12 | .alpha.-BHC | 0.0053 | ug/L | MAX | 0.00717 | ug/L | 35 |
| 15 | 6/30/2014 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.168 | ug/L | 708 |
| 16 | 6/30/2014 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.079 | ug/L | 798 |
| 17 | 6/30/2014 | 11 | .beta.-BHC | 0.019 | ug/L | MAX | 0.03 | ug/L | 58 |
| 18 | 6/30/2014 | 11 | Iron, total recoverable | 1.5 | mg/L | MAX | 1.9 | mg/L | 27 |
| 19 | 6/30/2014 | 12 | .alpha.-BHC | 0.0053 | ug/L | MAX | 0.0125 | ug/L | 136 |
| 20 | 6/30/2014 | 12 | .alpha.-BHC | 0.0026 | ug/L | AVG | 0.0125 | ug/L | 381 |
| 21 | 7/31/2014 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.108 | ug/L | 419 |
| 22 | 7/31/2014 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.044 | ug/L | 400 |
| 23 | 7/31/2014 | 12 | .alpha.-BHC | 0.0026 | ug/L | AVG | 0.00278 | ug/L | 7 |
| 24 | 8/31/2014 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.09 | ug/L | 923 |
| 25 | 8/31/2014 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.29 | ug/L | 1294 |
| 26 | 8/31/2014 | 12 | .alpha.-BHC | 0.0026 | ug/L | AVG | 0.00429 | ug/L | 65 |
| 27 | 9/30/2014 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.087 | ug/L | 318 |
| 28 | 9/30/2014 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.058 | ug/L | 559 |
| 29 | 10/31/2014 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.136 | ug/L | 554 |
| 30 | 10/31/2014 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.072 | ug/L | 718 |
| 31 | 10/31/2014 | 9 | Tetrachloroethylene | 1.05 | ug/L | MAX | 2.11 | ug/L | 101 |
| 32 | 10/31/2014 | 9 | Tetrachloroethylene | 0.69 | ug/L | AVG | 2.11 | ug/L | 206 |
| 33 | 11/30/2014 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.106 | ug/L | 410 |
| 34 | 11/30/2014 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.074 | ug/L | 741 |

| 35 | 12/31/2014 | 2 | Iron, total recoverable | 1.5 | mg/L | MAX | 6.9 | mg/L | 360 |
|----|------------|---|-------------------------|-----|------|-----|-----|------|-----|
| 36 | 12/31/2014 | 5 | Iron, total recoverable | 1.5 | mg/L | MAX | 2.4 | mg/L | 60 |
| 37 | 12/31/2014 | 9 | Chlorine, total residual | 0.027 | mg/L | AVG | 0.189 | mg/L | 600 |
| 38 | 12/31/2014 | 9 | Chlorine, total residual | 0.061 | mg/L | MAX | 0.943 | mg/L | 1446 |
| 39 | 12/31/2014 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.063 | ug/L | 203 |
| 40 | 12/31/2014 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.047 | ug/L | 434 |
| 41 | 12/31/2014 | 11 | .alpha.-BHC | 0.0026 | ug/L | MAX | 0.0383 | ug/L | 1373 |
| 42 | 12/31/2014 | 11 | .beta.-BHC | 0.019 | ug/L | MAX | 0.339 | ug/L | 1684 |
| 43 | 12/31/2014 | 23 | Iron, total recoverable | 1.5 | mg/L | MAX | 7 | mg/L | 367 |
| 44 | 1/31/2015 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.132 | ug/L | 535 |
| 45 | 1/31/2015 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.068 | ug/L | 673 |
| 46 | 2/28/2015 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.088 | ug/L | 900 |
| 47 | 2/28/2015 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.219 | ug/L | 953 |
| 48 | 3/31/2015 | 2 | Iron, total recoverable | 1.5 | mg/L | MAX | 16 | mg/L | 967 |
| 49 | 3/31/2015 | 9 | Chlorine, total residual | 0.061 | mg/L | MAX | 0.113 | mg/L | 85 |
| 50 | 3/31/2015 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.211 | ug/L | 914 |
| 51 | 3/31/2015 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.114 | ug/L | 1195 |
| 52 | 3/31/2015 | 11 | .beta.-BHC | 0.019 | ug/L | MAX | 0.127 | ug/L | 568 |
| 53 | 3/31/2015 | 22 | Iron, total recoverable | 1.5 | mg/L | MAX | 1.6 | mg/L | 7 |
| 54 | 4/30/2015 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.138 | ug/L | 563 |
| 55 | 4/30/2015 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.083 | ug/L | 843 |
| 56 | 5/31/2015 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.125 | ug/L | 501 |
| 57 | 5/31/2015 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.069 | ug/L | 684 |
| 58 | 6/30/2015 | 2 | Iron, total recoverable | 1.5 | mg/L | MAX | 41 | mg/L | 2633 |
| 59 | 6/30/2015 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.061 | ug/L | 593 |
| 60 | 6/30/2015 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.119 | ug/L | 472 |
| 61 | 6/30/2015 | 11 | .alpha.-BHC | 0.0026 | ug/L | MAX | 0.00782 | ug/L | 201 |
| 62 | 6/30/2015 | 11 | .beta.-BHC | 0.019 | ug/L | MAX | 0.151 | ug/L | 695 |
| 63 | 6/30/2015 | 11 | Iron, total recoverable | 1.5 | mg/L | MAX | 2.7 | mg/L | 80 |
| 64 | 6/30/2015 | 12 | .alpha.-BHC | 0.0026 | ug/L | AVG | 0.00403 | ug/L | 55 |
| 65 | 6/30/2015 | 21 | Iron, total recoverable | 1.5 | mg/L | MAX | 2.4 | mg/L | 60 |
| 66 | 7/31/2015 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.04 | ug/L | 92 |
| 67 | 7/31/2015 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.037 | ug/L | 320 |
| 68 | 8/31/2015 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.202 | ug/L | 871 |
| 69 | 8/31/2015 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.082 | ug/L | 832 |

| 70 | 9/30/2015 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.049 | ug/L | 457 |
| 71 | 9/30/2015 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.085 | ug/L | 309 |
| 72 | 9/30/2015 | 11 | .alpha.-BHC | 0.0026 | ug/L | MAX | 0.00522 | ug/L | 101 |
| 73 | 9/30/2015 | 11 | .beta.-BHC | 0.019 | ug/L | MAX | 0.066 | ug/L | 247 |
| 74 | 10/31/2015 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.087 | ug/L | 318 |
| 75 | 10/31/2015 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.057 | ug/L | 548 |
| 76 | 11/30/2015 | 9 | Chloroform | 5.7 | ug/L | AVG | 18.5 | ug/L | 225 |
| 77 | 11/30/2015 | 9 | Chloroform | 8.3 | ug/L | MAX | 18.5 | ug/L | 123 |
| 78 | 11/30/2015 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.19 | ug/L | 2059 |
| 79 | 11/30/2015 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.309 | ug/L | 1386 |
| 80 | 11/30/2015 | 12 | .alpha.-BHC | 0.0053 | ug/L | MAX | 0.0235 | ug/L | 343 |
| 81 | 11/30/2015 | 12 | .alpha.-BHC | 0.0026 | ug/L | AVG | 0.0235 | ug/L | 804 |
| 82 | 11/30/2015 | 12 | .beta.-BHC | 0.0091 | ug/L | AVG | 0.0109 | ug/L | 20 |
| 83 | 12/31/2015 | 9 | Chloroform | 5.7 | ug/L | AVG | 6.27 | ug/L | 10 |
| 84 | 12/31/2015 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.076 | ug/L | 265 |
| 85 | 12/31/2015 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.06 | ug/L | 582 |
| 86 | 12/31/2015 | 11 | .alpha.-BHC | 0.0026 | ug/L | MAX | 0.00616 | ug/L | 137 |
| 87 | 12/31/2015 | 11 | .beta.-BHC | 0.019 | ug/L | MAX | 0.11 | ug/L | 479 |
| 88 | 12/31/2015 | 14 | Iron, total recoverable | 1.5 | mg/L | MAX | 4 | mg/L | 167 |
| 89 | 1/31/2016 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.041 | ug/L | 366 |
| 90 | 1/31/2016 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.046 | ug/L | 121 |
| 91 | 2/29/2016 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.075 | ug/L | 752 |
| 92 | 2/29/2016 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.131 | ug/L | 530 |
| 93 | 2/29/2016 | 12 | .alpha.-BHC | 0.0053 | ug/L | MAX | 0.0073 | ug/L | 38 |
| 94 | 2/29/2016 | 12 | .alpha.-BHC | 0.0026 | ug/L | AVG | 0.0073 | ug/L | 181 |
| 95 | 2/29/2016 | 12 | .beta.-BHC | 0.0091 | ug/L | AVG | 0.0268 | ug/L | 195 |
| 96 | 2/29/2016 | 12 | .beta.-BHC | 0.013 | ug/L | MAX | 0.0268 | ug/L | 106 |
| 97 | 3/31/2016 | 11 | .beta.-BHC | 0.019 | ug/L | MAX | 0.0492 | ug/L | 159 |
| 98 | 3/31/2016 | 12 | .alpha.-BHC | 0.0026 | ug/L | AVG | 0.00313 | ug/L | 20 |
| 99 | 3/31/2016 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.051 | ug/L | 480 |
| 100 | 3/31/2016 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.065 | ug/L | 213 |
| 101 | 4/30/2016 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.052 | ug/L | 491 |
| 102 | 4/30/2016 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.059 | ug/L | 184 |
| 103 | 5/31/2016 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.066 | ug/L | 650 |
| 104 | 5/31/2016 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.108 | ug/L | 419 |
| 105 | 5/31/2016 | 12 | .beta.-BHC | 0.0091 | ug/L | AVG | 0.011 | ug/L | 21 |
| 106 | 6/30/2016 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.038 | ug/L | 332 |
| 107 | 6/30/2016 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.054 | ug/L | 160 |
| 108 | 7/31/2016 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.103 | ug/L | 395 |
| 109 | 7/31/2016 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.053 | ug/L | 502 |
| 110 | 8/31/2016 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.061 | ug/L | 593 |

| 111 | 8/31/2016 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.078 | ug/L | 275 |
|---|---|---|---|---|---|---|---|---|---|
| 112 | 9/30/2016 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.094 | ug/L | 968 |
| 113 | 9/30/2016 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.13 | ug/L | 525 |
| 114 | 9/30/2016 | 11 | .alpha.-BHC | 0.0026 | ug/L | MAX | 0.00505 | ug/L | 94 |
| 115 | 9/30/2016 | 11 | .beta.-BHC | 0.019 | ug/L | MAX | 0.0702 | ug/L | 269 |
| 116 | 9/30/2016 | 11 | Chloroform | 5.7 | ug/L | MAX | 44.7 | ug/L | 684 |
| 117 | 9/30/2016 | 11 | Iron, total recoverable | 1.5 | mg/L | MAX | 2.5 | mg/L | 67 |
| 118 | 10/31/2016 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.232 | ug/L | 1015 |
| 119 | 10/31/2016 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.1 | ug/L | 1036 |
| 120 | 11/30/2016 | 9 | Copper, total recoverable | 0.0456 | mg/L | MAX | 0.063 | mg/L | 38 |
| 121 | 11/30/2016 | 9 | Copper, total recoverable | 0.0255 | mg/L | AVG | 0.063 | mg/L | 147 |
| 122 | 11/30/2016 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.149 | ug/L | 616 |
| 123 | 11/30/2016 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.061 | ug/L | 593 |
| 124 | 12/31/2016 | 9 | Chloroform | 8.3 | ug/L | MAX | 8.4 | ug/L | 1 |
| 125 | 12/31/2016 | 9 | Chloroform | 5.7 | ug/L | AVG | 8.4 | ug/L | 47 |
| 126 | 12/31/2016 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.0759 | ug/L | 763 |
| 127 | 12/31/2016 | 11 | .beta.-BHC | 0.019 | ug/L | MAX | 0.0332 | ug/L | 75 |
| 128 | 1/31/2017 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.14 | ug/L | 573 |
| 129 | 1/31/2017 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.105 | ug/L | 1093 |
| 130 | 2/28/2017 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.038 | ug/L | 332 |
| 131 | 2/28/2017 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.048 | ug/L | 131 |
| 132 | 3/31/2017 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.086 | ug/L | 877 |
| 133 | 3/31/2017 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.165 | ug/L | 693 |
| 134 | 3/31/2017 | 11 | .alpha.-BHC | 0.0026 | ug/L | MAX | 0.00985 | ug/L | 279 |
| 135 | 3/31/2017 | 11 | .beta.-BHC | 0.019 | ug/L | MAX | 0.0203 | ug/L | 7 |
| 136 | 3/31/2017 | 11 | Chloride [as Cl] | 230 | mg/L | MAX | 248 | mg/L | 8 |
| 137 | 4/30/2017 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.041 | ug/L | 366 |
| 138 | 4/30/2017 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.072 | ug/L | 246 |
| 139 | 5/31/2017 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.066 | ug/L | 217 |
| 140 | 5/31/2017 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.051 | ug/L | 480 |
| 141 | 6/30/2017 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.067 | ug/L | 222 |
| 142 | 6/30/2017 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.056 | ug/L | 536 |
| 143 | 6/30/2017 | 11 | .beta.-BHC | 0.019 | ug/L | MAX | 0.0471 | ug/L | 148 |
| 144 | 6/30/2017 | 14 | Iron, total recoverable | 1.5 | mg/L | MAX | 1.8 | mg/L | 20 |
| 145 | 7/31/2017 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.081 | ug/L | 820 |
| 146 | 7/31/2017 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.108 | ug/L | 419 |
| 147 | 8/31/2017 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.089 | ug/L | 911 |
| 148 | 8/31/2017 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.105 | ug/L | 405 |
| 149 | 9/30/2017 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.046 | ug/L | 423 |

| 150 | 9/30/2017 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.05 | ug/L | 140 |
| 151 | 10/31/2017 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.066 | ug/L | 650 |
| 152 | 10/31/2017 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.081 | ug/L | 289 |
| 153 | 11/30/2017 | 9 | Chloroform | 5.7 | ug/L | AVG | 16.4 | ug/L | 188 |
| 154 | 11/30/2017 | 9 | Chloroform | 8.3 | ug/L | MAX | 16.4 | ug/L | 98 |
| 155 | 11/30/2017 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.093 | ug/L | 347 |
| 156 | 11/30/2017 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.054 | ug/L | 514 |
| 157 | 11/30/2017 | 12 | .beta.-BHC | 0.013 | ug/L | MAX | 0.0516 | ug/L | 297 |
| 158 | 11/30/2017 | 12 | .beta.-BHC | 0.0091 | ug/L | AVG | 0.0516 | ug/L | 467 |
| 159 | 12/31/2017 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.068 | ug/L | 673 |
| 160 | 12/31/2017 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.094 | ug/L | 352 |
| 161 | 12/31/2017 | 11 | .beta.-BHC | 0.019 | ug/L | MAX | 0.0196 | ug/L | 3 |
| 162 | 12/31/2017 | 14 | Iron, total recoverable | 1.5 | mg/L | MAX | 1.8 | mg/L | 20 |
| 163 | 1/31/2018 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.084 | ug/L | 855 |
| 164 | 1/31/2018 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.132 | ug/L | 535 |
| 165 | 1/31/2018 | 12 | .alpha.-BHC | 0.0026 | ug/L | AVG | 0.0029 | ug/L | 12 |
| 166 | 1/31/2018 | 12 | .beta.-BHC | 0.0091 | ug/L | AVG | 0.0141 | ug/L | 55 |
| 167 | 1/31/2018 | 12 | .beta.-BHC | 0.013 | ug/L | MAX | 0.0141 | ug/L | 8 |
| 168 | 2/28/2018 | 9 | Chloroform | 5.7 | ug/L | AVG | 7.3 | ug/L | 28 |
| 169 | 2/28/2018 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.1002 | ug/L | 1039 |
| 170 | 2/28/2018 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.1002 | ug/L | 382 |
| 171 | 3/31/2018 | 9 | Chloroform | 5.7 | ug/L | AVG | 6.4 | ug/L | 12 |
| 172 | 3/31/2018 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.086 | ug/L | 877 |
| 173 | 3/31/2018 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.098 | ug/L | 371 |
| 174 | 3/31/2018 | 11 | .alpha.-BHC | 0.0026 | ug/L | MAX | 0.0427 | ug/L | 1542 |
| 175 | 3/31/2018 | 11 | .beta.-BHC | 0.019 | ug/L | MAX | 0.052 | ug/L | 174 |
| 176 | 3/31/2018 | 11 | Chloride [as Cl] | 230 | mg/L | MAX | 255 | mg/L | 11 |
| 177 | 3/31/2018 | 12 | .alpha.-BHC | 0.0053 | ug/L | MAX | 0.0857 | ug/L | 1517 |
| 178 | 3/31/2018 | 12 | .alpha.-BHC | 0.0026 | ug/L | AVG | 0.0857 | ug/L | 3196 |
| 179 | 3/31/2018 | 12 | .beta.-BHC | 0.0091 | ug/L | AVG | 0.191 | ug/L | 1999 |
| 180 | 3/31/2018 | 12 | .beta.-BHC | 0.013 | ug/L | MAX | 0.191 | ug/L | 1369 |
| 181 | 3/31/2018 | 23 | Iron, total recoverable | 1.5 | mg/L | MAX | 1.9 | mg/L | 27 |
| 182 | 4/30/2018 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.396 | ug/L | 1804 |
| 183 | 4/30/2018 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.102 | ug/L | 1059 |
| 184 | 4/30/2018 | 9 | Tetrachloroethylene | 1.05 | ug/L | MAX | 1.31 | ug/L | 25 |
| 185 | 4/30/2018 | 9 | Tetrachloroethylene | 0.69 | ug/L | AVG | 1.31 | ug/L | 90 |
| 186 | 4/30/2018 | 12 | .alpha.-BHC | 0.0026 | ug/L | AVG | 0.0463 | ug/L | 1681 |
| 187 | 4/30/2018 | 12 | .alpha.-BHC | 0.0053 | ug/L | MAX | 0.0463 | ug/L | 774 |
| 188 | 4/30/2018 | 12 | .beta.-BHC | 0.0091 | ug/L | AVG | 0.0552 | ug/L | 507 |
| 189 | 4/30/2018 | 12 | .beta.-BHC | 0.013 | ug/L | MAX | 0.0552 | ug/L | 325 |
| 190 | 5/31/2018 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.065 | ug/L | 213 |

| 191 | 5/31/2018 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.045 | ug/L | 411 |
| 192 | 5/31/2018 | 9 | Tetrachloroethylene | 1.05 | ug/L | MAX | 1.12 | ug/L | 7 |
| 193 | 5/31/2018 | 12 | .alpha.-BHC | 0.0026 | ug/L | AVG | 0.00514 | ug/L | 98 |
| 194 | 5/31/2018 | 12 | .beta.-BHC | 0.0091 | ug/L | AVG | 0.011 | ug/L | 21 |
| 195 | 6/30/2018 | 4 | Copper, total recoverable | 0.0204 | mg/L | MAX | 0.023 | mg/L | 13 |
| 196 | 6/30/2018 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.045 | ug/L | 411 |
| 197 | 6/30/2018 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.06 | ug/L | 188 |
| 198 | 6/30/2018 | 11 | .alpha.-BHC | 0.0026 | ug/L | MAX | 0.0049 | ug/L | 88 |
| 199 | 6/30/2018 | 11 | .beta.-BHC | 0.019 | ug/L | MAX | 0.0203 | ug/L | 7 |
| 200 | 6/30/2018 | 12 | .alpha.-BHC | 0.0053 | ug/L | MAX | 0.00809 | ug/L | 53 |
| 201 | 6/30/2018 | 12 | .alpha.-BHC | 0.0026 | ug/L | AVG | 0.00809 | ug/L | 211 |
| 202 | 6/30/2018 | 12 | .beta.-BHC | 0.013 | ug/L | MAX | 0.0396 | ug/L | 205 |
| 203 | 6/30/2018 | 12 | .beta.-BHC | 0.0091 | ug/L | AVG | 0.0396 | ug/L | 335 |
| 204 | 6/30/2018 | 14 | Iron, total recoverable | 1.5 | mg/L | MAX | 3.3 | mg/L | 120 |
| 205 | 6/30/2018 | 23 | Iron, total recoverable | 1.5 | mg/L | MAX | 1.7 | mg/L | 13 |
| 206 | 7/31/2018 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.057 | ug/L | 174 |
| 207 | 7/31/2018 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.044 | ug/L | 400 |
| 208 | 7/31/2018 | 12 | .beta.-BHC | 0.013 | ug/L | MAX | 0.0197 | ug/L | 52 |
| 209 | 7/31/2018 | 12 | .beta.-BHC | 0.0091 | ug/L | AVG | 0.0197 | ug/L | 116 |
| 210 | 8/31/2018 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.064 | ug/L | 627 |
| 211 | 8/31/2018 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.091 | ug/L | 338 |
| 212 | 8/31/2018 | 12 | .alpha.-BHC | 0.0026 | ug/L | AVG | 0.0045 | ug/L | 73 |
| 213 | 8/31/2018 | 12 | .beta.-BHC | 0.0091 | ug/L | AVG | 0.0251 | ug/L | 176 |
| 214 | 8/31/2018 | 12 | .beta.-BHC | 0.013 | ug/L | MAX | 0.0251 | ug/L | 93 |
| 215 | 9/30/2018 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.049 | ug/L | 457 |
| 216 | 9/30/2018 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.083 | ug/L | 299 |
| 217 | 9/30/2018 | 11 | .beta.-BHC | 0.019 | ug/L | MAX | 0.021 | ug/L | 11 |
| 218 | 9/30/2018 | 14 | Iron, total recoverable | 1.5 | mg/L | MAX | 5.2 | mg/L | 247 |
| 219 | 10/31/2018 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.064 | ug/L | 208 |
| 220 | 10/31/2018 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.048 | ug/L | 445 |
| 221 | 10/31/2018 | 9 | Tetrachloroethylene | 0.69 | ug/L | AVG | 1.23 | ug/L | 78 |
| 222 | 10/31/2018 | 9 | Tetrachloroethylene | 1.05 | ug/L | MAX | 1.23 | ug/L | 17 |
| 223 | 11/30/2018 | 9 | Chloroform | 5.7 | ug/L | AVG | 8.37 | ug/L | 47 |
| 224 | 11/30/2018 | 9 | Chloroform | 8.3 | ug/L | MAX | 8.37 | ug/L | 1 |
| 225 | 11/30/2018 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.059 | ug/L | 184 |
| 226 | 11/30/2018 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.051 | ug/L | 480 |
| 227 | 11/30/2018 | 111 | Flow, in conduit or thru treatment plant | 0.024 | MGD | MAX | 0.032 | MGD | 33 |
| 228 | 12/31/2018 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.092 | ug/L | 342 |
| 229 | 12/31/2018 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.054 | ug/L | 514 |

| 230 | 1/31/2019 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.068 | ug/L | 227 |
|---|---|---|---|---|---|---|---|---|---|
| 231 | 1/31/2019 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.142 | ug/L | 1514 |
| 232 | 1/31/2019 | 9 | Chloride | 2645 | mg/l | MAX | 3007 | mg/l | 14 |
| 233 | 2/28/2019 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.501 | ug/L | 2309 |
| 234 | 2/28/2019 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.116 | ug/L | 1218 |
| 235 | 2/28/2019 | 12 | .alpha.-BHC | 0.0053 | ug/L | MAX | 0.012 | ug/L | 126 |
| 236 | 2/28/2019 | 12 | .alpha.-BHC | 0.0026 | ug/L | AVG | 0.012 | ug/L | 362 |
| 237 | 2/28/2019 | 12 | .beta.-BHC | 0.013 | ug/L | MAX | 0.0532 | ug/L | 309 |
| 238 | 2/28/2019 | 12 | .beta.-BHC | 0.0091 | ug/L | AVG | 0.0532 | ug/L | 485 |
| 239 | 2/28/2019 | 111 | Flow, in conduit or thru treatment plant | 0.024 | MGD | MAX | 0.0265 | MGD | 10 |
| 240 | 3/31/2019 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.129 | ug/L | 520 |
| 241 | 3/31/2019 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.087 | ug/L | 889 |
| 242 | 3/31/2019 | 12 | .alpha.-BHC | 0.0026 | ug/L | AVG | 0.0040 | ug/L | 54 |
| 243 | 3/31/2019 | 12 | .beta.-BHC | 0.013 | ug/L | MAX | 0.055 | ug/L | 323 |
| 244 | 3/31/2019 | 12 | .beta.-BHC | 0.0091 | ug/L | AVG | 0.055 | ug/L | 504 |
| 245 | 4/30/2019 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.148 | ug/L | 612 |
| 246 | 4/30/2019 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.096 | ug/L | 991 |
| 247 | 5/31/2019 | 9 | Mercury, total [as Hg] | 0.0208 | ug/L | MAX | 0.123 | ug/L | 491 |
| 248 | 5/31/2019 | 9 | Mercury, total [as Hg] | 0.0088 | ug/L | AVG | 0.078 | ug/L | 786 |
| 249 | 5/31/2019 | 12 | .beta.-BHC | 0.0091 | ug/L | AVG | 0.013 | ug/L | 43 |